### Jason A. PARRENT, Movant/Appellant,

### v.

### STATE of Missouri, Respondent.

### No. ED 101403

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

FILED: June 16, 2015

---

Maleaner Harvey, Assistant Public Defender, 1010 Market Street, Suite 1100, St. Louis, MO 63101, Attorney for Appellant.

Chris Koster, Attorney General, Karen L. Kramer, Assistant Attorney General, 221 West High Street, P.O. Box 899, Jefferson City, MO 65102, Attorney for Respondent.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

### ORDER

PER CURIAM

Jason A. Parrent (Movant) appeals from the motion court's Findings of Fact and Conclusions of Law on Movant's Amended Motion to Vacate, Set Aside, or Correct Judgment and Sentence and Request for Evidentiary Hearing denying Movant's Rule 29.15 claims for post-conviction relief. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).